# Court of Appeals
# of the State of Georgia

ATLANTA,  September 23, 2015

*The Court of Appeals hereby passes the following order:*

**A16D0030.  MARGARET KEITA v. STEVE SCARBROUGH.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

In addition, Respondent's motion to dismiss the application is DENIED because, contrary to Respondent's assertion, the application was filed seven days after the state court's order was entered.  See OCGA § 1-3-1 (d) (3) (setting forth the method for computing time periods).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  09/23/2015
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*